

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-14-00265-CV**

**IN RE DEMILEC (USA) INC. AND POLYURETHANE SYSTEMS (USA),**
**LLC F/K/A DEMILEC (USA), LLC**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

The parties have filed an agreed motion to dismiss this original proceeding stating that they have resolved their discovery disputes and the trial court has entered an order vacating the order at issue. A copy of the Agreed Order Vacating September 2, 2014 Order Granting Plaintiffs' Motion to Compel is attached to the joint motion to dismiss

Accordingly, the agreed motion to dismiss is granted, and this proceeding is dismissed. *See* TEX. R. APP. P. 42.1.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted
Pet. dismissed
Opinion delivered and filed January 29, 2015
[OT06]

